J-S22006-19

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| GERALD CARROLL CLARK, II | : | |
| | : | |
| Appellant | : | No. 1005 MDA 2018 |

Appeal from the PCRA Order Entered May 17, 2018
In the Court of Common Pleas of Adams County Criminal Division at
No(s): CP-01-CR-0001094-2013

BEFORE: SHOGAN, J., DUBOW, J., and PELLEGRINI*, J.

JUDGMENT ORDER BY SHOGAN, J.: **FILED AUGUST 16, 2019**

In response to our July 30, 2019 remand order, the Honorable President Judge Michael A. George of the Court of Common Pleas of Adams County determined that Appellant's "sentence has expired and he is no longer under probation or parole by any authority from the controlling Sentencing Order of May 15, 2018." Trial Court Order, 8/2/19, at unnumbered 2. Because Appellant is no longer serving a sentence of imprisonment, probation or parole for his crimes, he is not entitled to relief under the Post Conviction Relief Act ("PCRA"). **See** 42 Pa.C.S. § 9543(a)(1)(i) ("To be eligible for relief under this subchapter, the petitioner must plead and prove by a preponderance of the evidence . . . (1) That the petitioner has been convicted of a crime under the laws of this Commonwealth and is at the time relief is granted: (i) currently serving a sentence of imprisonment, probation or parole for the crime[.]").

_____
* Retired Senior Judge assigned to the Superior Court.

Accordingly, we reinstate and affirm the PCRA court's May 17, 2018 order denying Appellant's petition.

Attorney Roberts' motion to withdraw as counsel is denied as moot. PCRA order affirmed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 08/16/2019